E. H. Hogshead, Appellant, vs. The Pensacola Gulf Land and Development Company, a corporation under the laws of the State of Florida, Appellee.

Appeal from Circuit Court, Escambia county, William D. Barnes, Judge.

A. J. Rose, for Appellant.

John Eagan and John S. Beard, for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.